IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARTHA FAYE CLARK**                                                                                **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:21-cv-001-NBB-JMV**

**CROWN CORK AND SEAL**                                                 **DEFENDANT**

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**. This case is hereby dismissed and closed.

This 27th day of September, 2021.

                                                                                   /s/ Neal Biggers
                                                                                   NEAL B. BIGGERS, JR.
                                                                                   UNITED STATES DISTRICT JUDGE